UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANDREW DOWD,<br><br>           Defendant. | Case No. 1:21-cr-00530-SHS<br>The Honorable Judge Sidney H. Stein<br><br>**ORDER FOR ADMISSION**<br>*PRO HAC VICE* |

The motion of John P. Elwood for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the District of Columbia, the State of Georgia, and the Commonwealth of Virginia, and that his contact information is as follows:

> John P. Elwood
> ARNOLD & PORTER KAYE SCHOLER LLP
> 601 Massachusetts Ave., NW
> Washington, D.C. 20001-3743
> Telephone: (202) 942-5000 / Facsimile: (202) 942-5999
> john.elwood@arnoldporter.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Andrew Dowd in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: May 25, 2023

*Sidney H. Stein*
United States District Judge