UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-530 (SHS) |
| -against- | : | <u>ORDER</u> |
| GEORGE CONSTANTINE, ET AL., | : | |
| Defendants. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the government shall respond to defendant Andrew Dowd's motion to continue bail pending appeal [Doc. No. 271] on or before June 6, 2023.

Dated: New York, New York
       May 25, 2023

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.