# Arnold & Porter

Michael Krouse
+1 212.836.7750 Direct
Michael.Krouse@arnoldporter.com

## MEMO ENDORSED

January 17, 2024

Hon. Sidney Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: United States of America v. Constantine, et al.  Case No: 21-CR-00530
     Request to Travel

Dear Judge Stein:

  Defendant Andrew Dowd respectfully submits this letter to request permission to travel to visit his father in Sarasota, Florida from January 19 to January 29, 2024. Dr. Dowd's 93-year-old father was recently admitted to a rehabilitation facility after being diagnosed with congestive heart failure.

  AUSA Alexandra Rothman and Probation Officer Steve Boose do not oppose this request. Should this request be granted, Dr. Dowd will provide a travel itinerary to Pre-Trial Services.

  If you have any questions, please feel free to contact me. Thank you for your consideration.

**Defendant's request to travel is granted.**

Dated: New York, New York
   January 17, 2024

SO ORDERED:

_/s/ Sidney H. Stein_
Sidney H. Stein, U.S.D.J.

Respectfully Submitted,

ARNOLD & PORTER
KAYE SCHOLER LLP

By  /s/Michael Krouse
   Michael Krouse

Arnold & Porter Kaye Scholer LLP
250 West 55th Street | New York, NY 10019-9710 | www.arnoldporter.com