UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA | 21-Cr-530 (SHS) |
| v. | |
| ANDREW DOWD, | ORDER |
| Defendant. | |

SIDNEY H. STEIN, U.S. District Judge.

Defendant Andrew Dowd's motion to continue bail pending disposition of his petition for certiorari (ECF No. 340) is denied. He raises no substantial question of law or fact in his motion.

Dated: New York, New York
June 4, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.