UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-530 (SHS) |
| -v- | : | |
| ANDREW DOWD, | : | ORDER |
| Defendant. | : | |

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

IT IS HEREBY ORDERED that there will be a conference on defendant's "Motion to Deny Application for Amended Writs of Garnishment or, in the Alternative, to Quash the Writs re 369 Application for Writ of Garnishment" [Doc. No. 371] on Friday, July 24, at 11:00 a.m., in Courtroom 23A. Out of town counsel may appear by telephone.

Dated: New York, New York
July 20, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.