UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ANDREW DOWD,

Defendant.

21-cr-530 (SHS)

ORDER TO ANSWER, 28 U.S.C. § 2255

SIDNEY H. STEIN, United States District Judge:

The Court, having concluded that defendant's motion, brought under 28 U.S.C. § 2255 [Doc. No. 407], should not be summarily denied as being without merit,

IT IS HEREBY ORDERED that:

1. The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued; and

2. Within 30 days of the date of this Order, the U.S. Attorney's Office shall file an answer or other pleading in response to the motion. Defendant shall have 30 days from the date on which he is served with the government's answer or other pleading to file a response. Absent further Order, the motion will be considered fully submitted as of that date.

Dated: New York, New York
October 9, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.